1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALAN ANTHONEE AMEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:15-MJ-00001 GSA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE DETENTION HEARING |
| v. | ) | |
| ALAN ANTHONEE AMEY, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the detention hearing currently scheduled for January 12, 2015 may be continued to **January 13, 2015, at 1:30 a.m.**

Defendant Alan Amey is housed at the Fresno County Jail. Due to unanticipated scheduling changes in other matters, undersigned defense counsel is no longer available to appear with Mr. Amey at the currently scheduled time for detention hearing. This continuance is requested to appear personally with Mr. Amey at the detention Hearing.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice, and for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 9, 2015 | By | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 9, 2015 | By | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ALAN ANTHONEE AMEY |

## ORDER

**IT IS SO ORDERED**. The Detention Hearing scheduled for January 12, 2015 is continued to January 13, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **January 9, 2015**

UNITED STATES MAGISTRATE JUDGE